# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE FORTE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF MERCED, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.   1:11-cv-00318-AWI-SKO<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO PARTICIPATE IN ELECTRONIC FILING**<br><br>(Doc. 12.) |

　　　On May 6, 2011, Plaintiff Eugene Forte, proceeding in propria persona, filed a request to participate in electronic court filing.  The Court has reviewed the filings in this case, including Plaintiff's request, and finds that this action does not warrant an exception to the Local Rules.  Accordingly, Plaintiff's request is DENIED.

IT IS SO ORDERED.

**Dated:**　　**May 6, 2011**　　　　　　　　　　　／s/ **Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE