# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE FORTE, | CASE NO. 1:11-cv-00318-AWI-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST TO PARTICIPATE IN ELECTRONIC FILING** |
| v. | |
| COUNTY OF MERCED, et al., | (Doc. 22.) |
| Defendants. / | |

On June 21, 2011, Plaintiff Eugene Forte, proceeding in *propria persona*, filed a renewed request to participate in electronic court filing. Based on District Judge Oliver W. Wanger's granting of a similar request in Case No. 1:11-cv-00718-OWW-SMS, and based upon this Court's renewed review of the filings in this case, including Plaintiff's request, the Court GRANTS Plaintiff's request to participate in electronic court filing.

The Clerk of the Court is directed to mail Plaintiff the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service." Plaintiff shall be responsible for filing all documents in paper form until such time as Plaintiff signs and returns to the Clerk the above petition. Once the petition is returned, Plaintiff is instructed to use the same login and password for Pacer that was issued in Judge Wanger's case. In addition, Plaintiff must provide to the Clerk, and must

///

///

1  maintain, a working email address.

3  IT IS SO ORDERED.

4  **Dated:   June 23, 2011**                                  /s/ Sheila K. Oberto
                                                               UNITED STATES MAGISTRATE JUDGE