Gene Forte
1312 Sierra Creek Ct
Patterson, California, 95363
Telephone: (209) 894-5040
Email: geneforte@badgerflats.com

In Propria Persona /Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE FORTE | Case No. 1:11-CV-00318-AWI-SKO |
| Plaintiff, | **ORDER** |
| vs. | |
| COUNTY OF MERCED, et al. | Current Hearing Date: August 22, 2011<br>Time: 1:30pm<br>Dept: Courtroom 2, Judge Ishii<br>Complaint Filed: February 24, 2011 |
| Defendants. | |

Plaintiff's Motion to Continue Hearings on Defendants' Motions to Dismiss was filed on August 2, 2011.

The Court, having reviewed the moving papers on plaintiff's motion, including the evidence that plaintiff conducted a meet and confer with each counsel with no objection forthcoming, the Court finds, adjudges and orders as follows:

1. That for good cause shown, Plaintiff Forte's motion is GRANTED.
2. That the following motions currently scheduled for August 22, 2011 at 1:30pm are continued to October 3, 2011 at 1:30pm in Courtroom 2 of the Eastern District Court of California in Fresno:

Forte v. County of Merced     1     [Proposed] Order on Motion to Continue
Case No. 1:11-CV-00318-AWI-SKO     Hearing on all Dfts' Motions to Dismiss

a.  Motion to Dismiss by County of Merced, DA Larry Morse, DDA Alan Turner, Merced County Counsel James Fincher, Merced County Sheriff Mark Pazin, Deputy John Picinich, Deputy Jaskowiac, Deputy Hill, Deputy Leuchner, and Supervisor Jerry O'Banion,

b.  Defendants McClatchy Newspapers, Los Banos Enterprise, Gene Lieb and Corey pride's Motion to Dismiss First Amended Complaint,

c.  Motion to Strike Pursuant to FRCP 12(f) by City of Los Banos,

d.  City Defendants' Motion to Dismiss the First Amended Complaint by City of Los Banos, Gary Brizzee, and Anthony Parker,

e.  Motion to Dismiss Plaintiff's Complaint by Defendant James Padron,

f.  Motion to Quash Service of Summons and to Dismiss by Defendant McGhee, and

g.  Defendant The Diocese of Fresno Education Corporation's Motion to Dismiss

.

3.  IT IS FURTHER ORDERED that all Oppositions to the Motions will be due on September 19, 2011, and any Reply Briefs will be due on September 26, 2011 which conforms with the new hearing date.

IT IS SO ORDERED.

Dated:   August 3, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE