IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE,<br><br>          Plaintiff,<br><br>   v.<br><br>COUNTY OF MERCED, et al.,<br><br>          Defendants. | NO. 1:11-CV-00318 AWI-SKO<br><br>ORDER VACATING OCTOBER 3, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

     Defendants' motions to dismiss have been set for hearing in this case on October 3, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. <u>See</u> Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 3, 2011, is VACATED, and the parties shall not appear at that time. As of October 3, 2011, the court will take these matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 29, 2011

                                            CHIEF UNITED STATES DISTRICT JUDGE