1

2

3

4   Gene Forte
    1312 Sierra Creek Ct
5   Patterson, California, 95363
    Telephone:  (209) 894-5040
6   Email:  geneforte@badgerflats.com

7   In Propria Persona /Plaintiff

8

9

10

11              UNITED STATES DISTRICT COURT

12       IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14   EUGENE FORTE                          Case No. 1:11-CV-00318-AWI-SKO

15

16              Plaintiff,        | **ORDER ON PLAINTIFF'S REQUEST
                                  | TO FILE SUR-REPLY**
17   vs.

18

19   COUNTY OF MERCED, DA LARRY
     MORSE, ADA ALAN TURNER, COUNTY
     COUNSEL JAMES FINCHER, DEPUTY
20   JOHN PICINICH, SHERIFF MARK PAZIN,
     JAMES PADRON, DEPUTY JASKOWIAC,
21   DEPUTY HILL, DEPUTY LEUCHNER,
     SUPERVISOR JERRY O'BANION, CITY OF
22   LOS BANOS, OFFICER GARY BRIZZEE,
     OFFICER ANTHONY PARKER,
23   CATHOLIC DIOCESE OF FRESNO,
     CONNIE MCGHEE, LOS BANOS
24   ENTERPRISE, GENE LIEB, COREY PRIDE,
     MCCLATCHY NEWSPAPERS, and DOES 1
25   thru 50, et al.

26
                Defendants.
27

Forte v. County of Merced                                        1
                                        [PROPOSED] ORDER
Case No. 1:11-CV-00318-AWI-SKO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Surreply to Media Defendant's Reply Brief, it is hereby ORDERED that Plaintiff's Motion be, and hereby is, GRANTED; and it is FURTHER ORDERED that Plaintiff's  lodged Surreply to Defendants' Reply Brief shall be filed in the record as of this date.

**IT IS SO ORDERED.**

Dated:   **November 22, 2011**

_____

**CHIEF UNITED STATES DISTRICT JUDGE**