Gene Forte
1312 Sierra Creek Ct
Patterson, California, 95363
Telephone: (209) 894-5040
Email: geneforte@badgerflats.com

In Propria Persona /Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE FORTE<br><br>             Plaintiff,<br><br>vs.<br><br>COUNTY OF MERCED, DA LARRY MORSE, ADA ALAN TURNER, COUNTY COUNSEL JAMES FINCHER, DEPUTY JOHN PICINICH, SHERIFF MARK PAZIN, JAMES PADRON, DEPUTY JASKOWIAC, DEPUTY HILL, DEPUTY LEUCHNER, SUPERVISOR JERRY O'BANION, CITY OF LOS BANOS, OFFICER GARY BRIZZEE, OFFICER ANTHONY PARKER, CATHOLIC DIOCESE OF FRESNO, CONNIE MCGHEE, LOS BANOS ENTERPRISE, GENE LIEB, COREY PRIDE, MCCLATCHY NEWSPAPERS, and DOES 1 thru 50, et al.<br><br>             Defendants. | Case No. 1:11-CV-00318-AWI-SKO<br><br>**ORDER ON PLAINTIFF'S REQUEST TO FILE SUR-REPLY** |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File Surreply to Media Defendant's Reply Brief, it is hereby ORDERED that Plaintiff's Motion be, and hereby is, GRANTED; and it is FURTHER ORDERED that Plaintiff's lodged Surreply to Defendants' Reply Brief shall be filed in the record as of this date.

**IT IS SO ORDERED.**

Dated:   November 22, 2011                                  _____
                                                            **CHIEF UNITED STATES DISTRICT JUDGE**