James D. Emerson, No. 042031
Rayma Church, No. 154897
LAW OFFICES OF
**EMERSON, COREY, SORENSEN,
CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA  93711-2765
Telephone: (559) 432-7641
Facsimile:  (559) 432-7639

Attorneys for Defendants, CITY OF LOS BANOS, GARY BRIZZEE and ANTHONY PARKER

### UNITED STATES DISTRICT COURT
### EASTERN DIVISION

| | |
|---|---|
| EUGENE E. FORTE,<br><br>            Plaintiff,<br>    vs.<br><br>COUNTY OF MERCED, et al.<br><br>            Defendants. | Case No. 1:11-cv-00318-AWI-BAM<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**<br><br><br>COMPLAINT FILED:  February 24, 2011 |

The Court, having considered the Parties' Stipulation to Continue Initial Scheduling Conference, ORDERS that the Initial Scheduling Conference, currently set for January 23, 2012, at 9:30 a.m. before the Honorable Barbara A. McAuliffe is continued to May 7, 2012 at 9:00 a.m.  The parties may appear telephonically.

IT IS SO ORDERED.

Dated:   **December 9, 2011**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE