# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE FORTE** ) | 1:11-cv-0718 AWI BAM |
| ) | |
| **Plaintiff**, ) | **ORDER MOVING STATUS** |
| ) | **CONFERENCE AND** |
| **v.** ) | **GRANTING LEAVE TO** |
| ) | **ATTEND TELEPHONICALLY** |
| **TOMMY JONES, an individual, and** ) | |
| **DOES 1-100, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

On March 27, 2013, the court vacated the pretrial conference date of March 27, 2013, and vacated all dates associated with the trial pending review and consideration of the issue of Defendants' stated intention to present evidence challenging Plaintiff's mental competence to present evidence at trial. The court set a status conference for further consideration of the issue for Tuesday, May 28, 2013 at 1:30 p.m. The court also stated that either or both parties could attend the status conference telephonically on any day *following* May 28. Plaintiff has requested to appear telephonically. Because Tuesday, May 28, 2013, is the day the court will hear its law and motion calendar (because Monday is a federal holiday), the court will not be available to hold any appearances by telephone. On the following day, Wednesday, May 29, 2013, the court is available for telephonic appearances. The court will therefore reschedule the status conference currently scheduled for Tuesday, May 28, 2013, to Wednesday, May 29,

2013, at 10:30 a.m.  In the event either party is unable to attend, either in person or telephonically, that party shall so inform the court and the opposing party at the earliest possible opportunity and arrange a mutually agreeable, subsequent time and date.

THEREFORE, it is hereby ORDERED that the status conference currently set for Tuesday, May 28, 2013, is hereby MOVED to Wednesday, May 29, 2013, at 10:30 a.m. Permission to appear telephonically is GRANTED.

IT IS SO ORDERED.

Dated:   May 22, 2013

SENIOR  DISTRICT  JUDGE