IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE FORTE<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MERCED; DISTRICT ATTORNEY LARRY MORSE; DEPUTY DISTRICT ATTORNEY ALAN TURNER; COUNTY COUNSEL JAMES FINCHER; MERCED COUNTY SHERIFF MARK PAZIN; MERCED COUNTY SHERIFF DEPUTIES PACINICH, JASKOWIEAC, HILL and LEUCHNER; JAMES PADRON; SUPERVISOR JERRY O'BANION; CITY OF LOS BANOS; LOS BANOS POLICE OFFICERS GARY BRIZZEE and ANTHONY PARKER; CATHOLIC DIOCESE OF FRESNO; CONNIE McGHEE; McCLATCHY NEWSPAPERS; LOS BANOS ENTERPRISE; GENE LIEB; COREY PRIDE; and DOES 1 through 100, et al.,<br><br>Defendants. | 1:11-cv-00318 AWI-BAM<br><br>NOTICE OF STATUS CONFERENCE IN CASE # 1:11-cv-00718 and SCHEDULING ORDER RE: COMPETENCY HEARING |

On May 29, 2013, a status conference was held in the case of Forte v. Jones, 1:11-cv-718, to address concerns arising from the intent expressed in Defendant's pretrial statement to introduce evidence at trial pertaining to Plaintiff's mental competency to present evidence

at trial.  See Doc. # 44 at 3:12-14 (stating disputed evidentiary issue of Plaintiff's competence as a result of the determination of Plaintiff's incompetence to stand trial on misdemeanor criminal charges by Merced County Superior Court in People v. Gene Forte, CRL003409). On the basis of status reports filed by the parties in this case and in the court's Case Number 1:11-cv-00718, and on the basis of Plaintiff's requests for appointment of guardian ad litem and appointment of counsel in this case 1:11-cv-00318 (Doc. # 134) and in Case Number 1:11-cv-00718 (Doc.'s # 66 and 67), the court determined that it cannot proceed further in either case until the issue of Plaintiff's mental competence is resolved.  Although the issue of Plaintiff's competency arose first at the status conference in Case Number 1:11-cv-00718, the outcome of this court's determination of Plaintiff's competency in that case will affect the conduct of this case as well.  Therefore, the issue of Plaintiff's competency will be determined at a single hearing at which Defendants in this case will be given an opportunity to present evidence and argument regarding Plaintiff's competence to present evidence at trial and to represent himself in these civil cases.

THEREFORE it is hereby ordered that the Defendant parties in Case Number 1:11-cv-00318 may appear at a hearing on the single issue of Plaintiff's competence to present evidence and to represent himself at trial in the two civil cases now before this court to be held Tuesday, July 9, 2013, at 9:00 a.m. in Courtroom 2.  Any documents not currently filed with the court that any party may wish the court to consider in advance of the hearing, including written summaries of arguments and evidence to be presented at the hearing, shall be filed and served not later than 4:00 p.m. on June 28, 2013.

IT IS SO ORDERED.

Dated:     May 29, 2013                                  _____
                                                         SENIOR DISTRICT JUDGE