**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EUGENE FORTE**  )<br><br>           **Plaintiff**,  )<br>                                                        )<br>           v.                                          )<br>                                                        )<br>**COUNTY OF MERCED; DISTRICT**    )<br>**ATTORNEY LARRY MORSE; DEPUTY** )<br>**DISTRICT ATTORNEY ALAN**           )<br>**TURNER; COUNTY COUNSEL JAMES**  )<br>**FINCHER; MERCED COUNTY**           )<br>**SHERIFF MARK PAZIN; MERCED**     )<br>**COUNTY SHERIFF DEPUTIES**         )<br>**PACINICH, JASKOWIEAC, HILL and**  )<br>**LEUCHNER; JAMES PADRON;**         )<br>**SUPERVISOR JERRY O'BANION;**     )<br>**CITY OF LOS BANOS; LOS BANOS**  )<br>**POLICE OFFICERS GARY BRIZZEE**  )<br>**and ANTHONY PARKER; CATHOLIC** )<br>**DIOCESE OF FRESNO; CONNIE**      )<br>**McGHEE; McCLATCHY**                    )<br>**NEWSPAPERS; LOS BANOS**            )<br>**ENTERPRISE; GENE LIEB; COREY**  )<br>**PRIDE; and DOES 1 through 100, et al.,** )<br>                                                        )<br>           **Defendants.**  )<br>_____ ) | 1:11-cv-0318 AWI BAM<br><br>ORDER VACATING<br>HEARING DATE OF JUNE 24,<br>2013, AND TAKING MATTER<br>UNDER SUBMISSION |

    In this action for damages, plaintiff Eugene Forte has moved for appointment of
counsel. The matter was scheduled for oral argument to be held June 24, 2013. The Court
has reviewed Plaintiff's motion, and the applicable law, and has determined that the motion

is suitable for decision without oral argument.  Local Rule 78-230(h).

      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 24, 2013, is VACATED, and no party shall appear at that time.  As of the date of this order the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    June 20, 2013

                                    SENIOR DISTRICT JUDGE