1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9 **EUGENE FORTE,**

10     **Plaintiff,**

11     **vs.**

12

13 **TOMMY JONES, an individual and DOES 1-100, inclusive,**

14

15     **Defendants.**

16 **EUGENE E. FORTE,**

17     **Plaintiff,**

18     **Vs.**

19 **COUNTY OF MERCED, ET AL.,**

20     **Defendants.**

**1:11 – CV – 00718  AWI  BAM**

**1:11 – CV – 00318  AWI  BAM**

**ORDER VACATING HEARING DATE OF OCTOBER 21, 2013, AND TAKING MATTER UNDER SUBMISSION**

21
22
23
24
25
26

    Currently before the court is the motion of plaintiff Eugene E. Forte ("Plaintiff") for "A More Definitive Statement And Clarification of Competency Hearing September 3rd Test Order Only Ruling & Request for Judge Ishii to Request Grand Jury Investigation of Merced County Defendants' Governmental Abuse of Psychology" (the "Motion").  The matter was scheduled for hearing on Defendant's motion to be held on October 21, 2013.  The court has reviewed

27
28

Plaintiff's motion, Defendants' opposition and Plaintiff's reply and has determined that the matter is suitable for decision without oral argument.  Local Rule 78-230(h).

THEREFORE, it is hereby ORDERED that the hearing date of October 21, 2013, is hereby VACATED and no party shall appear on that date.  As of October 21, 2013, the court will take the matter under submission and will thereafter render its decision.

IT IS SO ORDERED.

Dated:   October 16, 2013

_____
SENIOR  DISTRICT  JUDGE