UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE,<br><br>       Plaintiff,<br><br>    v.<br><br>COUNTY OF MERCED, *et al.*,<br><br>       Defendant.<br>_____/ | Case No. 1:11-cv-00318-AWI-BAM<br><br>**ORDER ON NOTICE OF AVAILABILITY OF COUNSEL** |

On February 3, 2014, plaintiff filed a Notice of Unavailability. (Doc. 203.) The filing of a Notice of Unavailability does not relieve the party who files such a notice of that party's obligations for currently set or previously set deadlines, timeframes, or other Court obligations.

IT IS SO ORDERED.

    Dated:   **February 4, 2014**           /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE