UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF MERCED, *et al.*,<br><br>            Defendants.<br>_____/ | Case No. 1:11-cv-00318-AWI-BAM<br><br>**ORDER ADMONISHING PLAINTIFF TO CEASE EX PARTE COMMUNICATION ATTEMPTS** |

    The Court has been notified that Plaintiff Eugene Forte has been attempting to contact the Court by email and/or other means. This communication is forbidden in that it is considered an ex parte communication. Plaintiff is ordered to cease and desist any contact with the Court unless it is in the context of a lawfully brought motion, filed pursuant to law and procedure, and served on all parties in the case. Failure to abide by this Order will result in sanctions, including the possibility of dismissal of the pending case.

IT IS SO ORDERED.

    Dated:   **April 30, 2014**              /s/ *Barbara A. McAuliffe*              
                                                                             UNITED STATES MAGISTRATE JUDGE