Gene Forte
901 N. Carpenter Rd., Suite #32-122
Modesto, California, 95351
Telephone: (209) 622-0685
Email: geneforte@badgerflats.com

In Propria Persona /Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DIVISION

| | |
|---|---|
| EUGENE E. FORTE,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MERCED, et al.<br><br>Defendants. | Case No. 1:11-cv-00318-AWI-BAM<br><br>**JOINT MOTION TO COURT FOR APPROVAL OF WRITTEN STIPULATION BETWEEN PLAINTIFF AND DEFENDANT ANTHONY PARKER EXTENDING PLAINTIFFS' TIME TO RESPOND OR OBJECT TO DEFENDANT ANTHONY PARKER'S REQUEST FOR PRODUCTION SET ONE (1), SET DATED JUNE 26TH, PRODUCTION DATE, JULY 31ST, 2014, TO AUGUST 25TH, 2014 ; ORDER**<br><br>[FRCP 29]<br><br>TRIAL: October 6, 2015<br>COMPLAINT FILED: February 24, 2011 |

**WRITTEN STIPULATION**

In pro per plaintiff, Eugene Forte, and defendant Anthony Parker's counsel, Ms. Rayma Church, on July 29th, 2014, have agreed by this written stipulation to EXTENDING PLAINTIFFS' TIME TO RESPOND OR OBJECT TO DEFENDANT ANTHONY PARKER'S REQUEST FOR PRODUCTION SET ONE (1), SET DATED JUNE 26TH, PRODUCTION DATE, JULY 31ST, 2014, **TO AUGUST 25TH, 2014**, AND FILE THIS JOINT MOTION TO THE COURT FOR APPROVAL.

DATED: July 29th, 2014            AGREED TO BY:
                                  /s/ Eugene Forte
                                  Eugene Forte

///

DATED: July 30, 2014

/s/ Rayma Church
Rayma Church

The Parties' stipulation for an extension of time is GRANTED.

IT IS SO ORDERED.

Dated: **July 31, 2014**           /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE