1
2
3
4
5
6                             UNITED STATES DISTRICT COURT

7                       FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    EUGENE E. FORTE,                              Case No. 1:11-cv-00318-AWI-BAM

10                  Plaintiff,                     **ORDER ON PLAINTIFF'S REQUEST**
                                                   **FOR CLARIFICATION**
11          v.

12   COUNTY OF MERCED, *et al.*,

13                  Defendants.

14

15   _____/

16          On October 10, 2014, Plaintiff Eugene Forte filed a Request and an Amended Request for

17   "Rulings on Defendant Anthony Parkers' Notice of Joinder" and "Plaintiff's Objection to defendants

18   Anthony Parkers' Notice of Joinder. . ." (Doc. 266, 267.)  The Court construes these documents as a

19   request for clarification of the Court's Order of September 23, 2014.

20          The Court denied the motions to dismiss filed by defendants, stayed discovery briefly, and

21   granted the motion to compel initial disclosure.  No further ruling is necessary to resolve the issues

22   which were before the Court. The parties are advised that the Court carefully reviewed and considered

23   all of the briefs, including arguments, points and authorities, declarations, and/or exhibits. Any

24   omission of a reference to any specific argument or brief is not to be construed that the Court did not

25   consider the argument or brief.
     IT IS SO ORDERED.
26

27      Dated:   __**October 17, 2014**__          _____/s/ *Barbara A. McAuliffe*_____

28                                                 UNITED STATES MAGISTRATE JUDGE

                                                   1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28