UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>COUNTY OF MERCED, et al.,<br><br>　　　　Defendants. | CASE NO. 1:11-cv-00318-AWI-BAM<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS FOR TERMINATING SANCTIONS<br><br>Doc. # 306 |

　　　Plaintiff has requested a 28-day extension of time to file an opposition to the Magistrate Judge's Findings and Recommendations for grant of Defendants' motion for terminating sanctions. Doc. # 306. Plaintiff states he was unable to prepare a responsive pleading to the Findings and Recommendations due to respiratory illness afflicting both himself and his family. Plaintiff's motion for extension of time will be granted. To the extent Plaintiff's request for extension of time also requests that the court sanction Defendants, that request is denied.

　　　THEREFORE, for good cause shown, it is hereby ORDERED that the filing deadline for Plaintiff's opposition to the Magistrate Judges Findings and Recommendations is EXTENDED to Thursday, March 26, 2015, at 4:00 p.m. Defendants' response to Plaintiffs opposition shall be filed and served not later than 4:00 p.m. on April 12, 2015. The stay placed on ALL other filings or activities in this case is hereby EXTENDED to April 26, 2015.

IT IS SO ORDERED.

Dated:   February 25, 2015                                   _____
　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE