UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE,<br><br>  Plaintiff<br><br>  v.<br><br>COUNTY OF MERCED, et al.,<br><br>  Defendants. | CASE NO. 1:11-cv-0318  AWI BAM<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR FURTHER EXTENSION OF TIME TO FILE OPPOSITION TO MAGISTRATE JUDGE'S FINDIINGS AND RECOMMENDANTIONS<br><br>Doc. # 315 |

Plaintiff has requested an additional 15-day extension of time to file an opposition to the Magistrate Judge's Findings and Recommendations for grant of Defendants' motion for terminating sanctions.  Doc. # 315.  Plaintiff states he has suffered an apparent relapse of a viral infection that was the basis of the court's grant of the previous extension.  Plaintiff's motion for additional extension of time will be granted.  To the extent Plaintiff has requested monetary sanctions for Defendant's conduct, the request will be denied.  In view of the stay in place barring any filings other than those pertaining directly to response to the Magistrate Judges Findings and Recommendations, Plaintiff is directed to address any further requests for extension of time directly to the court.

THEREFORE, for good cause shown, it is hereby ORDERED that the filing deadline for Plaintiff's opposition to the Magistrate Judges Findings and Recommendations is EXTENDED to Thursday, April 16, 2015, at 4:00 p.m.  Defendants' response to Plaintiffs opposition shall be filed and served not later than 4:00 p.m. on April 30, 2015.  The stay placed on ALL other filings or activities in this case is hereby EXTENDED to May 15, 2015.

IT IS SO ORDERED.

Dated:   March 16, 2015                            _____
                                                                            SENIOR  DISTRICT  JUDGE